1 BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
2 boyd@mossberglv.com
3 JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
4 john@mossberglv.com
MOSS BERG INJURY LAWYERS
5 4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
6 Telephone: (702) 222-4555
7 Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANDA SHARIF-POUR, | **CASE NO.: 19-cv-01924-GMN-BNW** |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE; | |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed without prejudice, and each party will bear its own costs

*///*

*///*

*///*

1

and attorney's fees.

Dated this this 21ˢᵗ day of January 2020.

| MOSS BERG INJURY LAWYERS | UNITED STATES ATTORNEY OFFICE |
|---|---|
| /S/ BOYD B. MOSS, III | /S/ PATRICK ROSE, ESQ. |
| BOYD B. MOSS. III., ESQ.<br>4101 Meadows Lane, Suite 110<br>Las Vegas. Nevada 89107<br>Attorney for Plaintiff | PATRICK ROSE, ESQ.<br>501 Las Vegas Blvd. South, Suite 110<br>Las Vegas. Nevada 89101<br>Attorney for Defendant |

**IT IS SO ORDERED.**

Dated this __21__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT